

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

June 17, 2021

**BY ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> The Commissioner's request for an extension until **August 16, 2021** to file the certified administrative record (ECF No. 11) is GRANTED. The Clerk of Court is respectfully directed to close ECF No. 11.
>
> SO ORDERED    6/18/2021
>
> SARAH L. CAVE
> United States Magistrate Judge

**Re:** *Montano v. Commissioner of Social Security*, No. 21-cv-690 (GBD) (SLC)

Dear Judge Cave:

      This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny her application for Social Security disability benefits.

      I respectfully write to request a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from June 17, 2021, to August 16, 2021. The extension is needed due to delays in preparing the certified administrative record resulting from temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors, resulting in a backlog that the agency is still working to address.

      The plaintiff consents this request, and this is the Commissioner's first request for an extension of time in in this case. I thank the Court for its consideration of this request.

      Respectfully,

      AUDREY STRAUSS
      United States Attorney

BY:  /s/ Amanda F. Parsels
      AMANDA F. PARSELS
      Assistant United States Attorney
      Tel.: (212) 637-2780
      Email: amanda.parsels@usdoj.gov