**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BETTY M.,

                Plaintiff,                  21 **CIVIL** 690 (GRJ)

    -v-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 12, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED.

**Dated:** New York, New York
          September 13, 2022

                                                      **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                    **BY:**      *K. Mango*

                                                              **Deputy Clerk**